**FILED**
JAMES J. VILT, JR. - CLERK

APR - 8 2026

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                                   Criminal Action No.: 3:26-CR-42-RGJ

KAELYNN GREENE, et al.                                     DEFENDANTS

## NOTICE OF ENTRY OF APPEARANCE

Assistant United States Attorney Nicole S. Elver hereby enters her appearance of record

on behalf of the United States of America.

Respectfully submitted,

KYLE G. BUMGARNER
United States Attorney

Nicole S. Elver
Assistant U.S. Attorney
717 West Broadway
Louisville, KY 40202
(502) 582-5911
nicole.elver@usdoj.gov