UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

FILED
JAMES J. VILT, JR. - CLERK

APR - 8 2026

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA                                    PLAINTIFF

vs.                                CRIMINAL ACTION NO. 3: 26-CR-42-RGJ

KAELYNN GREENE, et al.                                     DEFENDANTS

### **MOTION TO SEAL INDICTMENT**

Comes the United States of America, by counsel, Nicole S. Elver, Assistant United States

Attorney for the Western District of Kentucky, and moves the Court pursuant to Rule 6(e), Federal

Rules of Criminal Procedure, to order and direct that the indictment returned by the Federal Grand

Jury this April 8, 2026, charging the above-named defendants with a violations of Title 18, United

States Code, Sections 981, 982, 1028A, 1343, 1349, 1956, and 1957, be kept secret until the first

defendant is in custody, or has given bail, or the warrant for arrest is returned unexecuted, and to

further order that until the first defendant is in custody, or has given bail, or the warrant for arrest

is returned unexecuted, that no person disclose the return of the indictment, or any warrant or order

issued pursuant thereto except as necessary for the issuance and execution of warrants for the arrest

of the defendants.

Respectfully submitted,

KYLE G. BUMGARNER
United States Attorney

Nicole S. Elver
Assistant U.S. Attorney