# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

**VS.**                      **CRIMINAL ACTION NUMBER: 3:26-CR-42-RGJ**

**BETTY WALKER**                          **DEFENDANT**

## <u>ORDER ON INITIAL APPEARANCE</u>

The above-styled case came before the Honorable Regina S. Edwards, United States Magistrate Judge, by video, on April 16, 2026 to conduct an initial appearance.

<u>APPEARANCES</u>

| | |
|---|---|
| For the United States: | Nicole S. Elver, Assistant United States Attorney |
| For the defendant: | Defendant Betty Walker - Present and in custody |
| Court Reporter: | Digitally recorded |

At the initial appearance, the defendant acknowledged her identity, was furnished with a copy of the Indictment, was advised of the nature of the charge contained therein and was advised of her rights. The Court questioned the defendant under oath and found her eligible for appointed counsel. The Court appoints the Office of the Federal Defender to represent the defendant.

**IT IS HEREBY ORDERED** that this matter is scheduled for arraignment proceedings on **<u>April 23, 2026, at 11:00 a.m. via video conference</u>** before the Honorable Regina S. Edwards, United States Magistrate Judge.

The United States did not request detention. Accordingly,

**IT IS FURTHER ORDERED** that the defendant is released on her own recognizance, with conditions, pending further order of the Court.

April 16, 2026                      **ENTERED BY ORDER OF THE COURT:**
                                              **REGINA S. EDWARDS**
                                              **UNITED STATES MAGISTRATE JUDGE**
                                              **JAMES J. VILT, JR., CLERK**
                                              **BY:** *Ashley Henry* **- Deputy Clerk**

Copies: U.S. Attorney
       U.S. Probation
       Counsel for Defendant

0|10